FILED
CLERK, U.S. DISTRICT COURT
APR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, ) | No. CV 08-2458-TJH(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| T. FLECKER, et al., ) | |
| Respondents. ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 4/29/08

TERRY J. HATTER, JR.
United States District Judge